## STATE OF CONNECTICUT *v.* ROBERT D. THOMAS
### (14156)

Dupont, C. J., and Lavery and Freedman, Js.

Argued January 11—decision released February 13, 1996

*Robert G. Golger*, special public defender, for the appellant (defendant).

*Michele C. Lukban*, deputy assistant state's attorney, with whom, on the brief, were *Donald A. Browne*, state's attorney, and *Nicholas J. Bove, Jr.*, assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.